UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MOBILE HEALTH INNOVATIVE SOLUTIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BINAH.AI INC.**<br><br>Defendant. | CASE NO. 1:24-cv-12635-FDS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Mobile Health Innovative Solutions, LLC hereby submits this Notice of Voluntary Dismissal without Prejudice of Defendant Binah.ai Inc. in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant has not served either an answer or a motion for summary judgment.

Date:  April 14, 2025

                                              Respectfully Submitted,

                                              */s/ Brendan M. Shortell*
                                              Brendan M. Shortell (BBO# 675851)
                                              Lambert Shortell & Connaughton
                                              100 Franklin Street, Suite 903
                                              Boston, MA. 02110
                                              Telephone: 617-720-0091
                                              Facsimile: 617-720-6301
                                              shortell@lambertpatentlaw.com

                                              **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this Monday, April 14, 2025.

*/s/ Brendan M. Shortell*
Brendan M. Shortell (BBO# 675851)